UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| THE ESTATE OF JACOB ALLEN JONES, by and through its Personal Representative, Catherine Jones | | PLAINTIFF |
| v. | No. 2:23-cv-2112 | |
| CRAWFORD COUNTY, ARKANSAS; JARED ENTREKIN; CESAR GALDAMEZ; MATTHEW NOWICKI; JAMES OKONIEWSKI; EDITH ESPINOZA; KRISTEN FOSS; NICHOLAS HICKS; and JANE DOE 1 | | DEFENDANTS/ THIRD-PARTY PLAINTIFFS |
| v. | | |
| DAVID ALVERSON | | THIRD-PARTY DEFENDANT |

**ORDER**

Before the Court is Plaintiff's motion (Doc. 20) to dismiss its complaint without prejudice. Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Counsel for Defendants has informed the Court that they do not oppose this motion, and that they agree granting it will moot their third-party complaint. Therefore, Plaintiff's motion will be granted.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 20) to dismiss is GRANTED, and all claims by all parties in this case are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of January, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE